UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FELICIA GRADY LEE, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT** |
| v. | ) | |
| | ) | No. 7:16-CV-382-RN |
| NANCY A. BERRYHILL, | ) | |
| *Acting Commissioner of Social Security,* | ) | |
| | ) | |
| Defendant. | ) | |

**Decision by Court.**

**This action came before the Honorable Robert T. Numbers, II, United States Magistrate Judge, for ruling as follows:**

**IT IS ORDERED, ADJUDGED AND DECREED that the Court GRANTS Berryhill's Motion for Remand.** Accordingly, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Commissioner for further proceedings, including a new hearing.

This Judgment Filed and Entered on July 10, 2017 with service on:
James B. Gillespie, Jr., Michael Gray Gillespie  (via CM/ECF Notice of Electronic Filing)
Leo R. Montenegro (via CM/ECF Notice of Electronic Filing)

Date: July 10, 2017                    PETER A. MOORE, JR., CLERK

                                        _____
                                        Lauren Herrmann, Deputy Clerk